FILED: April 1, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1286
(2:13-cv-03544-DCN)
_____

EMILIO J. URENA, as assignee of Gregory S. Bryant

      Plaintiff - Appellee

v.

NATIONWIDE INSURANCE COMPANY OF AMERICA

      Defendant - Appellant

and

NATIONWIDE MUTUAL INSURANCE COMPANY

      Defendant

_____

O R D E R
_____

Upon consideration of the joint motion to suspend proceedings on appeal and for remand to the district court for entry of a final order, the court suspends further appellate proceedings in accordance with Fed. R. App. P. 4(a)(4) for a period of 60 days pending entry of a final order by the district court. The parties shall immediately notify this court upon entry of a further order by the district court.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk