# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

March 23, 2017

Ronald Hawthorne Barrett
TURNER, PADGET, GRAHAM & LANEY, PA
P. O. Box 1473
Columbia, SC 29202-0000

Mr. Matthew Todd Carroll
WOMBLE CARLYLE SANDRIDGE & RICE
1727 Hampton Street
Columbia, SC 29201

Mr. Brent Overton Edgar Clinkscale
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
P. O. Box 10208
Greenville, SC 29603-0208

Mr. Edward Randolph Cole
TURNER PADGET GRAHAM & LANEY, PA
P. O. Box 2116
Myrtle Beach, SC 29578

Mr. Johnny Foster Driggers
DRIGGERS LAW OFFICE
108 Central Avenue
Suite 7
Goose Creek, SC 29445

Mr. Alvin Jeffrey Hammer
GEDNEY M. HOWE III, PA
8 Chalmers Street
P. O. Box 1034
Charleston, SC 29402-1440

Mr. Gedney Main Howe III
P. O. Box 1034
Charleston, SC 29402-0000

David Richard Sligh
TURNER PADGET GRAHAM & LANEY, PA
P. O. Box 2116
Myrtle Beach, SC 29578


No.   16-1286,         <u>Emilio Urena v. Nationwide Insurance Company</u>
                       2:13-cv-03544-DCN

Dear Mr. Clinkscale:

     A status report was filed in this case on March 22, 2017. Please be advised with respect to the final paragraph of the report that a status report is not the appropriate manner in which to file an additional notice of appeal. See Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(4)(B).


                      Sincerely,

                      /s/ Jennifer Rice
                      Deputy Clerk